**THE HONORABLE BARBARA J. ROTHSTEIN**

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE

9   MANSON CONSTRUCTION CO., a
    Washington Company,
10
                    Plaintiff,              No.:  2:21-cv-01392-BJR
11
         v.                                 **STIPULATION AND ORDER**
12                                          **EXTENDING DEADLINE TO RESPOND**
    ACE AMERICAN INSURANCE                  **TO PLAINTIFF'S COMPLAINT**
13  COMPANY, a foreign insurance company,
14
                    Defendant.
15
                        **STIPULATION**
16
         Defendant Ace American Insurance Company and plaintiff Manson Construction Co.,
17
    by and through their respective counsel, hereby stipulate and agree that the time for defendant
18
    to file and serve its response to plaintiff's Complaint for Declaratory Relief and Damages is
19
    extended through and including November 24, 2021.
20
         IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
21
         DATED this 10th day of November, 2021.
22
    OLES MORRISON RINKER & BAKER LLP    NICOLL BLACK & FEIG PLLC
23  *Via Email Authority 11/09/21*
                                        */s/ Curt H. Feig*
24  */s/  Angelia D. Wesch*             */s/ Matthew C. Erickson*
    Angelia D. Wesch, WSBA #23377       Curt H. Feig, WSBA #19890
25  *Attorneys for Plaintiff*           Matthew C. Erickson, WSBA #43790
                                        *Attorneys for ACE American Insurance*
26                                      *Company At Lloyds*

STIPULATION AND ORDER TO                    LAW OFFICES OF
EXTEND DEADLINE TO RESPOND TO           **NICOLL BLACK & FEIG**
PLAINTIFF'S COMPLAINT - 1          A PROFESSIONAL LIMITED LIABILITY COMPANY
(2:21-cv-01392-BJR)                    1325 FOURTH AVENUE, SUITE 1650
                                        SEATTLE, WASHINGTON 98101
                                            TEL:  206-838-7555
                                            FAX:  206-838-7515

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

IT IS SO ORDERED this 10th day of November, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER TO
EXTEND DEADLINE TO RESPOND TO
PLAINTIFF'S COMPLAINT - 2
(2:21-cv-01392-BJR)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL:  206-838-7555
FAX:  206-838-7515