The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MANSON CONSTRUCTION, CO., a Washington company,<br><br>Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:21-cv-01392-BJR<br><br>**ORDER GRANTING JOINT STIPULATED MOTION TO CONTINUE CASE SCHEDULING ORDER DEADLINES** |

THE COURT, having reviewed the Joint Stipulated Motion to Continue the Order Setting Trial Dates and Related Dates (the "Motion") submitted by Plaintiff Manson Construction Co., and Defendant ACE American Insurance Company, and being fully advised of the good cause shown therefore, HEREBY

ORDERS that the Motion is GRANTED. The following dates and deadlines set forth in the Order Setting Trial Dates and Related Dates are hereby MODIFIED and EXTENDED to the following dates and times:

ORDER GRANTING
JOINT STIPULATED MOTION - 1

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

| Case Event | Current Date | Proposed Date |
|---|---|---|
| JURY TRIAL DATE | January 17, 2023 | January 17, 2023 |
| Reports from expert witness under FRCP 26(a)(2) due | August 05, 2022 | September 20, 2022 |
| Discovery completed by | September 06, 2022 | October 06, 2022 |
| All dispositive motions must be filed by | October 05, 2022 | November 07, 2022 |
| All motions *in limine* must be filed by | December 13, 2022 | December 13, 2022 |
| Joint Pretrial Statement | December 20, 2022 | December 20, 2022 |
| Pretrial conference | January 3, 2023 | January 3, 2023 |
| Length of Jury Trial | 5 Days | 5 Days |

DATED: July 29, 2022.

_____
The Honorable Barbara J. Rothstein

ORDER GRANTING
JOINT STIPULATED MOTION - 2

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234